UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA SHAWN CONNELLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. C14-5340-JCC-JPD<br><br>REPORT AND RECOMMENDATION |

## I.　INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil action. This matter comes before the Court upon plaintiff's failure to re-file her complaint with the Court by June 20, 2014, redacting all personal data identifiers within the complaint and related attachments in accordance with Local Rule CR 5.2(a), as she was previously ordered to do on May 5, 2014 and June 9, 2014. Dkt. 2; Dkt. 10. Based upon plaintiff's failure to comply with these orders, the undersigned recommends that this action be DISMISSED without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION
PAGE - 1

## II.     BACKGROUND

On May 5, 2014, the Court granted plaintiff's application to proceed in forma pauperis, and directed the Clerk to seal the proposed complaint to protect the unredacted social security number contained therein. Dkt. 2. The Court also ordered plaintiff to "re-file with the Court her proposed complaint within **30 days** from the date of this Order, redacting all personal data identifiers within the document in accordance with Local Rule LCR 5.2(a)." *Id*. 2 at 2. Plaintiff failed to respond to the Court's order or file a properly redacted version of her proposed complaint.

On June 9, 2014, the Court ordered plaintiff to show cause "why this case should not be dismissed for failure to prosecute and for failing to comply with this Court's May 5, 2014 Order." Dkt. 10 at 2. Plaintiff was ordered to respond by June 20, 2014. *Id*. To date, however, plaintiff has failed to file a properly redacted complaint or respond in any manner.

Plaintiff was also advised "**that if she neither files a properly redacted complaint, nor responds to the Court's show cause order, her case will likely be dismissed**. *Id*.

## III.     DISCUSSION

To date, plaintiff has failed to file a complaint in a format that complies with the local rules. As discussed above, she has been directed to do so on at least two separate occasions. *See* Dkt. 2; Dkt. 10. Accordingly, the Court recommends that this case be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **July 30, 2014**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If

no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 1, 2014**.

DATED this 9th day of July, 2014.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3