THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARA SHAWN CONNELLY,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, *Acting Commissioner of Social Security*,<br><br>Defendant. | CASE NO. C14-5340-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 11).

(2) This action is DISMISSED without prejudice.

(3) The Clerk is respectfully directed to send copies of this Order to Plaintiff and to Judge Donohue.

//
//
//
//
//

ORDER
PAGE - 1

1      DATED this 5th day of August 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2